IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH W. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-446-JPG-DGW |
| ) | |
| UNKNOWN PARTIES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On April 22, 2016, Plaintiff filed a Complaint alleging that his civil rights were violated by two United States Marshals while he was working at the General Tire Plant in Mt. Vernon, Illinois on May 26, 2014 (Doc. 1).  Plaintiff has been permitted to proceed on two counts, one for violations of his Fourth Amendment rights, and the other for assault and battery (Doc. 12). Plaintiff was informed that service of process cannot be completed until he identifies the unknown parties in an amended complaint.  Plaintiff is **GRANTED** until **December 9, 2016** to file a motion to amend and a proposed amended or supplemental complaint setting forth the names of the unknown parties.  Plaintiff is **WARNED** that the failure to file a motion to amend by the deadline may result in a report and recommendation that this matter be dismissed for want of prosecution.

**DATED: November 10, 2016**

                                                            **DONALD G. WILKERSON**
                                                            **United States Magistrate Judge**